JENNIFER WALKER ELROD,
Circuit Judge,
Concurring:
I concur in the opinion of the court but write separately to emphasize that this court’s opinion in no way rests upon Appel-lees’ lengthy argument suggesting that the jury’s award of zero damages for physical pain and suffering, emotional pain and suffering, and loss of enjoyment of life was appropriate under Louisiana law. Rather, this court is powerless even to address the substantive propriety of McCray’s damages award given his failure to timely file an appropriate post-verdict motion. Unit-hem Food Sys., Inc. v. SwijF-Eckrich, Inc., 546 U.S. 394, 405, 126 S.Ct. 980, 163 L.Ed.2d 974 (2006). Accordingly, I AFFIRM.